■    In the Matter of REPORT OF THE JANUARY, 1972 TERM, COUNTY COURT
GRAND JURY, PURSUANT TO CPL 190.85. — These appeals are from two orders
of the County Court, Rockland County, the first dated March 16, 1972,
accepting a certain Grand Jury report, dated February 10, 1972, directing
that the report be sealed and not subject to subpoena or public inspection
during the pendency of a certain criminal case and further directing that upon
termination of the criminal case the report be filed as a public record, and the
second dated May 30, 1972, (1) denying a motion by the public official named
in the report to amend the first order so as to seal the report permanently and
direct that it not be filed as a public record and (2) directing that the report
and all the papers theretofore filed in the matter shall remain sealed and
not filed as a public record or be subject to subpoena or otherwise be made
public until the affirmance of the order accepting the report or until dismissal
of the appeal from that order. Orders modified, on the law, by striking
from their decretal provisions all reference to the filing of the report as a
public record and by substituting therefor a direction that the report be
sealed. As so modified, orders affirmed. A Grand Jury may "inquire into
the wilful misconduct in office of public officers" (N. Y. Const., art I, § 6)
and "may hear and examine * * * concerning any misconduct, non-
feasance or neglect in public office by a public servant, whether criminal
or otherwise" (CPL 190.55, subd. 1). The report's findings do not fall
within these statutory prescriptions. Rabin, P. J., Munder, Martuscello, Latham
and Shapiro, JJ., concur.